### Fill in this information to identify the case:

Debtor 1: Felicia (First Name) Ayn (Middle Name) Drake Mitchell (Last Name)

Debtor 2 (Spouse, if filing): ___ First Name ___ Middle Name ___ Last Name

United States Bankruptcy Court for the: Northern District of IL (State)

Case number (If known): 14-34637

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $110 | 10-10-14 |
| $100 | 10-24-14 |
| $100 | 11-13-14 |
| + $ | |
| **Total $310** | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

SEP 29 2014 — Month / day / year

By the court: *Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge